UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:13-CV-391-JDM

JAIME M. SMITH                                                                                       PLAINTIFF

V.

CAROLYN W. COLVIN,
ACTING COMMISSIONER OF SOCIAL SECURITY                           DEFENDANT

## ORDER

Jaime M. Smith filed this action pursuant to 42 U.S.C. §405(g), seeking judicial review of an administrative decision of the Commissioner of Social Security, who denied her application for benefits. Having reviewed the administrative record, considered the arguments of the parties presented in their fact and law summaries, and being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that the decision of the Commissioner is **AFFIRMED** and judgment shall be granted in her favor.

This is a final and appealable order and there is no just cause for delay.

DATE:


cc: counsel of record